UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CLINTON REAGOR BRANNEN, )
)
      Plaintiff, )
)
v. ) CV620-122
)
KIRK MCGLAMERY, and )
DUSTIN LANIER, )
)
      Defendants. )

## ORDER

The parties complied with the District Judge's Rule 26 Instruction Order, doc. 6, and conferred to develop a proposed discovery plan on January 4, 2022. Doc. 27 at 1. In their Rule 26(f) Report, the parties propose that the period to conduct discovery should commence when the Court has ruled on Defendant's request for a stay. *See id.* at 8; *see also* docket (Defendants currently do not have a pending motion to stay). At a subsequent Status Conference with the Court, Defendants indicated that they intend to file a motion to stay in this case. Doc. 28 (Minute Entry includes an Order that Defendants must file any motion to stay within 30 days from the date of the Minute Entry Order). The Court declines to set discovery deadlines contingent on the date of its

disposition of an eventual stay request. Accordingly, the parties' Rule 26(f) Report is **TERMINATED**. Doc. 27. If the Court denies Defendants' forthcoming stay request, the parties are **DIRECTED** to confer and file a renewed Rule 26(f) Report within 14 days of the denial. If the Court grants Defendants' stay request, the parties are **DIRECTED** to confer and file a renewed Rule 26(f) Report within 14 days of the lifting of the stay.

**SO ORDERED**, this 13th day of January, 2022.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA