# United States District Court
## Southern District of Georgia

CLINTON REAGOR BRANNEN,

        Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV620-122

KIRK MCGLAMERY, in his individual capacity, and
DUSTIN LANIER, in his individual capacity,

        Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated April 25, 2023, Defendants' motion to dismiss is granted, and Plaintiff's Complaint is dismissed.   This case stands closed.



| 4/25/2023 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |

*(By) Deputy Clerk*